NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

MARK G. SAUNDERS
6603 S. ST. ANDREWS. PL.
LOS ANGELES, CA 90047



ATTORNEY(S) FOR: DEFENDANT'S IN PRO PER

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S.BANK NATIONAL ASSOCIATION, AS SUCCESOR TRUSTEE TO BANK OF AMERICA<br><br>Plaintiff(s),<br>v.<br>MARK G. SAUNDERS; and Does 1 through 25,<br><br>Defendant(s) | CASE NUMBER:<br>2:20cv9058-SVW-KSx<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____MARK G. SAUNDERS_____
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| U.S.BANK NATIONAL ASSOCIATION, AS SUCCESOR TRUSTEE TO BANK OF AMERICA | PLAINTIFF |
| MARK G. SAUNDERS | DEFENDANT |

September 29, 2020
Date

_[signature]_
Signature

Attorney of record for (or name of party appearing in pro per):

MARK G. SAUNDERS

CV-30 (05/13)                              NOTICE OF INTERESTED PARTIES