

**United States District Court**
Central District of California
**Office of the Clerk**

**Kiry K. Gray**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Cristina M. Squieri Bullock**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Sara Tse Soo Hoo**
Chief Deputy of Operations
255 East Temple Street, Suite TS-134
Los Angeles, CA 90012

October 13, 2020

```
CONFORMED COPY
ORIGINAL FILED
Superior Court of California
County of Los Angeles

OCT 20 2020

Sherri R. Carter, Executive Officer/Clerk of Court
By: Kathy Morales, Deputy
```

Superior Court of California Los Angeles County
111 North Hill Street
Los Angeles, CA 90012

Re:  Case Number: ____2:20-cv-09058-SVW-E____
     Previously Superior Court Case No. ____19STUD02671____
     Case Name: ____U.S. Bank National Association v. Steve Brown et al____

Dear Sir/Madam:

Pursuant to this Court's ORDER OF REMAND issued on ____10/09/2020____, the above-referenced case is hereby remanded to your jurisdiction.

Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to the location shown below. Thank you for your cooperation.

United States Courthouse
255 East Temple Street, Suite TS-134
Los Angeles, CA 90012

```
FILED
CLERK, U.S. DISTRICT COURT

NOV 23 2020

CENTRAL DISTRICT OF CALIFORNIA
BY            OCA        DEPUTY
```

Respectfully,

Clerk, U.S. District Court

By: __/s/ Lori Muraoka__
    Deputy Clerk
    lori_muraoka@cacd.uscourts.gov

*Encls.*
*cc: Counsel of record*

---

Receipt is acknowledged of the documents described above.

10/20/2020
Date

SHERRI R. CARTER

Clerk, Superior Court

By: _____
    Deputy Clerk

```
RECEIVED
OCT 20 2020
FILING WINDOW
```

CV-103 (05/18)    LETTER OF TRANSMITTAL – REMAND TO SUPERIOR COURT (CIVIL)